1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANNE SABETTA, et al.,

11          Plaintiffs,              CIV S-08-2181 JAM GGH PS

12      vs.

13   THE NATIONAL RAILROAD

14   PASSENGER CORP., et al.,

15          Defendants.              ORDER

16   _____/

17          Plaintiff Sabetta has filed an application to proceed in forma pauperis; however,

18   co-plaintiffs Wichelman and Walker have not paid the fee ordinarily required to file an action in

19   this court, and have not filed applications to proceed without prepayment of fees.  See 28 U.S.C.

20   §§ 1914(a), 1915(a).  These plaintiffs will be provided the opportunity to submit either the

21   appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing

22   fee.

23          In accordance with the above, IT IS HEREBY ORDERED that:

24          1.  Plaintiffs Wichelman and Walker shall submit, within twenty days from the

25   date of this order, either a completed application and affidavit in support of their request to

26   proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing

1

fee; plaintiffs' failure to comply with this order will result in a recommendation that these plaintiffs be dismissed; and

          2.  The Clerk of the Court is directed to send plaintiffs Wichelman and Walker new Applications to Proceed In Forma Pauperis.

DATED: December 5, 2008

                          /s/ Gregory G. Hollows

                          _____
                          GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

GGH:076
Sabetta2181.ifp.wpd

2